# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13422-MDC

SASUN  NERSISYAN

62 BOWMAN DRIVE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SASUN  NERSISYAN

    62 BOWMAN DRIVE

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    MICHELE PEREZ CAPILATO
    500 OFFICE CENTER DR
    SUITE 400
    FORT WASHINGTON, PA 19034

                                       /S/ William C. Miller

Date: 8/4/2020                             _____

                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee