# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-13422-MDC

SASUN  NERSISYAN

62 BOWMAN DRIVE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SASUN  NERSISYAN

62 BOWMAN DRIVE

FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

    /S/ William C. Miller

Date: 2/5/2021    _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee