Certificate Number: 15111-PAE-DE-035966412

Bankruptcy Case Number: 18-13422



15111-PAE-DE-035966412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2021</u>, at <u>4:14</u> o'clock <u>PM EDT</u>, <u>Sasun Nersisyan</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 3, 2021</u>           By:   <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>