United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-13422-mdc
Sasun Nersisyan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Nov 16, 2021      Form ID: 138FIN      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sasun Nersisyan, 62 Bowman Drive, Feasterville Trevose, PA 19053-1601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | |

Case 18-13422-mdc    Doc 136    Filed 11/18/21    Entered 11/19/21 00:37:06    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 138FIN | Total Noticed: 4 |

        on behalf of Defendant Sasun Nersisyan mcculougheisenberg@gmail.com  cbmccullough64@gmail.com

**JACOB CHARLES COHN**
        on behalf of Creditor Engs Commercial Finance Co. jcohn@grsm.com  tdonahue@grsm.com

**JACOB CHARLES COHN**
        on behalf of Plaintiff Engs Commercial Finance Company jcohn@grsm.com  tdonahue@grsm.com

**JEROME B. BLANK**
        on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com

**KENNETH E. WEST**
        ecfemails@ph13trustee.com  philaecf@gmail.com

**MARIO J. HANYON**
        on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MICHAEL F.J. ROMANO**
        on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, jromano@rgalegal.com;tyowell@rgalegal.com

**MICHELE PEREZ CAPILATO**
        on behalf of Debtor Sasun Nersisyan perezcapilatolaw@yahoo.com
        michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

**MICHELE PEREZ CAPILATO**
        on behalf of Defendant Sasun Nersisyan perezcapilatolaw@yahoo.com
        michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

**REBECCA ANN SOLARZ**
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**ROBERT J. DAVIDOW**
        on behalf of Creditor Pennymac Loan Services  LLC robert.davidow@phelanhallinan.com

**STEFAN RICHTER**
        on behalf of Creditor Emerald Walk Community Association srichter@clemonslaw.com

**STUART A. EISENBERG**
        on behalf of Defendant Sasun Nersisyan mcculougheisenberg@gmail.com  cbmccullough64@gmail.com

**United States Trustee**
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sasun Nersisyan
        Debtor(s)

Case No: 18−13422−mdc
Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/16/21

135 − 133
Form 138FIN