United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13422-mdc |
| Sasun Nersisyan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2021 | Form ID: 138OBJ | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sasun Nersisyan, 62 Bowman Drive, Feasterville Trevose, PA 19053-1601 |
| 14112032 | + | Clemons Richter & Reiss, P.C, 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14111963 | + | Emerald Walk Community Association, c/o Stefan Richter, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14212921 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14504212 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14167265 | | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14471591 | + | TIAA Commercial Finance, Inc., CO Michael F.J. Romano, Esq., 52 Newton Ave., P.O. Box 456, Woodbury, NJ 08096-7456 |
| 14502115 | #+ | TIAA Commercial Finance, Inc., TIAACF c/o David Gonzalez, 10 Waterview Blvd., Parsippany NJ 07054-7607 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14165110 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2021 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14117670 | | Email/Text: mrdiscen@discover.com | Nov 16 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Nov 16, 2021     Form ID: 138OBJ     Total Noticed: 13

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

**Name**     **Email Address**

CAROL B. MCCULLOUGH
  on behalf of Defendant Sasun Nersisyan mcculloughheisenberg@gmail.com cbmccullough64@gmail.com

JACOB CHARLES COHN
  on behalf of Plaintiff Engs Commercial Finance Company jcohn@grsm.com tdonahue@grsm.com

JACOB CHARLES COHN
  on behalf of Creditor Engs Commercial Finance Co. jcohn@grsm.com tdonahue@grsm.com

JEROME B. BLANK
  on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
  on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL F.J. ROMANO
  on behalf of Creditor TIAA Commercial Finance  Inc. mromano@rgalegal.com, jromano@rgalegal.com;tyowell@rgalegal.com

MICHELE PEREZ CAPILATO
  on behalf of Defendant Sasun Nersisyan perezcapilatolaw@yahoo.com
  michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELE PEREZ CAPILATO
  on behalf of Debtor Sasun Nersisyan perezcapilatolaw@yahoo.com
  michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
  on behalf of Creditor Pennymac Loan Services  LLC robert.davidow@phelanhallinan.com

STEFAN RICHTER
  on behalf of Creditor Emerald Walk Community Association srichter@clemonslaw.com

STUART A. EISENBERG
  on behalf of Defendant Sasun Nersisyan mcculloughheisenberg@gmail.com cbmccullough64@gmail.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sasun Nersisyan
        Debtor(s)

Case No: 18−13422−mdc
Chapter: 13

---

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/16/21

134 − 127
Form 138OBJ